432 A.2d 254

Commonwealth v. Kowalyk, Appellant.

Reargument Denied April 23, 1981.

Petition for Allowance of Appeal Denied Sept. 17, 1981.

 Argued December 6, 1979. Peter G. Loftus, for appellant; Robert J. Farrell, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and O'KICKI, JJ.*

The judgment of sentence of the lower court is hereby affirmed.

O'KICKI, J., filed a memorandum dissenting opinion.

* President Judge Joseph F. O'Kicki, of the Court of Common Pleas of Cambria County, Pennsylvania, is sitting by designation.